TODD GREEN (CA SBN 174485)
tgreen@GreenLLP.com
GREEN LLP
Cannery Village
419 31st Street, Suite A
Newport Beach, CA 92663
Phone:  (949) 288-6565
Fax:  (949) 288-6565

RONALD I. RAETHER (admitted *pro hac vice*)
rraether@ficlaw.com
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402-1818
Phone:  (937) 227-3733
Fax:  (937) 227-3717

Attorneys for Defendant
CORELOGIC CREDCO, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CACCIATORE,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CORELOGIC CREDCO, LLC,<br><br>Defendants. | CASE NO. 8:14-cv-01682 DOC(JCGx)<br><br>**[~~PROPOSED~~] ORDER GOVERNING STIPULATED PROTECTIVE ORDER**<br><br>Hon. Jay C. Gandhi<br><br>Complaint Filed:  October 17, 2014 |

**[~~PROPOSED~~] ORDER**

Based on the Stipulated Protective Order filed by the parties, a copy of which is attached to this Order ("Stipulation"), and good cause appearing therefore,

1       IT IS HEREBY ORDERED that the Stipulation is approved and entered as

2   an Order of the Court and that the terms of the Stipulation shall have the force and

3   effect of an Order of the Court.

4       IT IS SO ORDERED.

5

6   Dated: May 4, 2015

7

8                                    By: _____

                                        Honorable Jay C. Gandhi

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28